# Court of Appeals
# of the State of Georgia

ATLANTA,___May 19, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1421. ELIZABETH R. MARTIN v. THE STATE.**

This appeal was docketed on April 8, 2016. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file enumeration of errors and briefs within 20 days of the date of docketing of the appeal. Therefore, appellant's brief and enumeration of errors were due no later than April 28, 2016.

On April 29, 2016, this Court ordered the appellant to file an enumeration of errors and a brief no later than May 9, 2016. As of the date of this order, the appellant has filed to file the enumeration of errors and brief.

Accordingly, this appeal is DISMISSED because appellant failed to file a brief and enumeration of errors. If appellant has decided not to appeal, no further action is required. However, if appellant wishes to proceed with the appeal, appellant may have the right to an OUT-OF-TIME APPEAL provided appellant exercises that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied you may appeal that denial to this court within thirty (30) days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* _____05/19/2016_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*